IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------x

JESSE ROSENBLUM, Executor of            :
   the Estate of Patricia A.
   Brenner, Deceased,                   :    Civil Action No.

              Plaintiff,                :    07-5953 (PGS)

v.                                      :

EMPLOYERS LIFE INSURANCE CO.            :
   of WAUSAU, DAVID ULRICH,
   Trustee of the ROYAL GLASS &         :
   MILLWORK CORP. PENSION PLAN,
   and MACKESTREL ENTERPRISES.,         :
   LLC.,
                                        :
              Defendants,
-------------------------------------x

**PLAINTIFF'S NOTICE OF DISMISSAL
OF EMPLOYERS LIFE INSURANCE COMPANY OF WAUSAU**

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses all claims against defendant Employers Life Insurance Company of Wausau with prejudice, and respectfully requests that this defendant be removed from the caption of this action.

                                   Respectfully submitted,

                                   _____
                                   JESSE ROSENBLUM, pro se
                                   65 Knickerbocker Rd.
                                   P.O. Box 194
                                   Closter, NJ  07624
                                   (201) 768-3333

SO ORDERED:

_____
Peter G. Sheridan
District Judge
4/25/08